## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Annette Fuller Roach
Louisiana Appellate Project
P. O. Box 1747
Lake Charles LA 70602-1747

**REHEARING ACTION: February 11, 2009**

**Docket Number: 08   00520-KA**

**STATE OF LOUISIANA**
**VERSUS**
**GENE MITCHELL OLIVIER**

**Appealed from St. Martin Parish Case No. 232585**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Sylvia R. Cooks**
> **Hon. Oswald A. Decuir**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gene Mitchell Olivier** has this day been

> **DENIED.**
> Thibodeaux, C. J., would grant.

cc: Hon. J. Phillip Haney, Counsel for the Appellee
    Jeffrey J. Trosclair, Counsel for the Appellee
    Walter James Senette  Jr., Counsel for the Appellee